United States Bankruptcy Court for the:

Eastern District of Texas

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Ibercova, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-4355066

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3575 N. Beltline Rd suite 147 | 3575 N. Beltline Rd suite 147 |
| Number    Street | Number    Street |
| | P.O. Box |
| Irving    TX    75062 | Irving    TX    75062 |
| City    State    ZIP Code | City    State    ZIP Code |
| Dallas County | **Location of principal assets, if different from principal place of business** |
| County | 300 SE Washington St. |
| | Number    Street |
| | Idabel    OK    74745 |
| | City    State    ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   Ibercova, LLC                                      Case number (if known)_____
         Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply:*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☑ Chapter 11. *Check all that apply*:
       - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
       - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
       - ☐ A plan is being filed with this petition.
       - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
       - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
       - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   - ☑ No
   - ☐ Yes.  District _____  When _____  Case number _____
                                              MM / DD / YYYY
            District _____  When _____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    - ☐ No
    - ☑ Yes.  Debtor  Duramex, Inc.                    Relationship  Sister Entity
              District  Eastern District of Texas      When  2/24/2020
                                                              MM / DD / YYYY
              Case number, if known  20-40556

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page **2**

Debtor  Ibercova, LLC
         Name

Case number (*if known*)_____

| | |
|---|---|
| 11. **Why is the case filed in *this district*?** | *Check all that apply:*<br>❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| 12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>❏ It needs to be physically secured or protected from the weather.<br>❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>❏ Other _____<br><br>**Where is the property?** _____<br>   Number  Street<br>   _____<br>   _____<br>   City                                State     ZIP Code<br><br>**Is the property insured?**<br>❏ No<br>❏ Yes. Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

**Statistical and administrative information**

| | |
|---|---|
| 13. **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| 14. **Estimated number of creditors** | ☑ 1-49 ❏ 1,000-5,000 ❏ 25,001-50,000<br>❏ 50-99 ❏ 5,001-10,000 ❏ 50,001-100,000<br>❏ 100-199 ❏ 10,001-25,000 ❏ More than 100,000<br>❏ 200-999 |
| 15. **Estimated assets** | ❏ $0-$50,000 ❏ $1,000,001-$10 million ❏ $500,000,001-$1 billion<br>❏ $50,001-$100,000 ❏ $10,000,001-$50 million ❏ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000 ❏ $50,000,001-$100 million ❏ $10,000,000,001-$50 billion<br>❏ $500,001-$1 million ❏ $100,000,001-$500 million ❏ More than $50 billion |

Debtor  Ibercova, LLC  
_____Name_____  Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/24/2020  
MM / DD / YYYY

✘ /s/ Fernando Soto  
Signature of authorized representative of debtor

Fernando Soto  
Printed name

Title  President

**18. Signature of attorney**

✘ /s/ Robert DeMarco  
Signature of attorney for debtor

Date  02/24/2020  
MM / DD / YYYY

Robert DeMarco  
Printed name

DeMarco Mitchell, PLLC  
Firm name

1255 West 15th Street 805  
Number    Street

Plano  
City

TX  
State

75075  
ZIP Code

(972) 578-1400  
Contact phone

robert@demarcomitchell.com  
Email address

24014543  
Bar number

TX  
State

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page **4**

Debtor _____  Case number *(if known)*_____
       First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| **Duramex, Inc.** | **Eastern District of Texas** | 2/24/2020 | |
| **Fernando Soto** | **Eastern District of Texas** | 08/12/2019 | 19-42183 |

**Fill in this information to identify the case:**

Debtor name: Ibercova, LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor ___Ibercova, LLC_____    Case number *(if known)*_____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Ibercova, LLC_____

United States Bankruptcy Court for the: Eastern District of Texas

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/24/2020        ✗ /s/ Fernando Soto _____
           MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                 Fernando Soto
                                 Printed name

                                 President
                                 Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

United States Bankruptcy Court
Eastern District of Texas

In re: Ibercova, LLC

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 02/24/2020

/s/ Fernando Soto
Signature of Individual signing on behalf of debtor

President
Position or relationship to debtor

Duramex, Inc.
3575 N. Beltline Rod, STE 147
Irving
TX 75062

Fernando Soto
3802 Twin Falls St
Irving, TX 75062

Fernando Soto
3802 Twin Falls St
Irving
TX 75062

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Master Logistics, Inc.
3575 N Beltline Rd. #147
Irving, TX 75062

Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Regions Bank
PO Box 11007
Birmingham, AL 35288

Robert Franke
Clark Hill
901 Main Street, STE 6000
Dallas, TX 75202

State Comptroller of Public Accounts
Revenue Accounting Division - Bankruptcy
P.O. Box 13528
Austin, TX 78711

Super SAL 3, LLC
3575 N Beltline Rd. #147
Irving, TX 75062

Super SAL 5, LLC
3575 N. Beltline Rd suite 147
Irving, TX 75062

Supter SAL 5, LLC
3575 N Beltline Rd. #147
Irving, TX 75062

Texas Attorney General?s Office
Bankruptcy-Collections Division
P.O. Box 12548

Texas Workforce Commission
TEC Building - Bankruptcy
101 East 15th Street
Austin, TX 78778

**United States Bankruptcy Court**

**IN RE:**                                                             Case No._____

Ibercova, LLC

_____ Chapter   11

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Duramex, Inc.<br>3575 N. Beltline Rod, STE 147, Irving, TX 75062 | 1% | Other (Membership Interest) |
| Fernando Soto<br>3802 Twin Falls St, Irving, TX 75062 | 99% | Other (Membership Interest) |